**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL THERAULT,**

              **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-222-Orl-31KRS**

**ISABELLE MOISDON, MARIE MOISDON, PASCAL MOISDON, DAVID (DIDIER) MOISDON, MURIEL (ELLE) MOISDON, VINCENT MOISDON, JESSICA MOISDON, CHRISTINE PROST and DAWN QUINONES,**

              **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

     This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 2)**
>
> **FILED: February 11, 2008**

     Before considering the motion to proceed *in forma pauperis* filed by plaintiff Daniel Therault, the Court is required to consider whether Therault's complaint is frivolous, malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see also* Local Rule 4.07; *Hamaas v. Florida*, No.

305CV771J99HTS, 2005 WL 2063787, at *1 (M.D. Fla. Aug. 22, 2005) (noting that "28 U.S.C. § 1915(e)(2)(B) is not limited to prisoners, but applies to all persons proceeding *in forma pauperis*.").

This Court only has jurisdiction to decide disputes between parties who reside in different states or that arise from a violation of a federal law or the United States Constitution. Furthermore, an individual may not bring criminal charges against someone by filing a complaint in this Court. Rather, the individual should report alleged crimes to the local police or prosecutor.

Therault's amended complaint is insufficient for the Court to determine whether it can exercise jurisdiction in this matter. Among other things, Therault does not explain who each defendant is and what each defendant did that allegedly violated the law. He makes legal arguments citing federal and state statutes, constitutional provisions and case law without clearly stating how these provisions were violated, by whom, or the injury he suffered.

Accordingly, I recommend that the Court **DISMISS** Therault's complaint [1] and amended complaint [8] without prejudice and **DENY** the Application to Proceed without Prepayment of Fees, doc. no. 2. I further recommend that the Court give Therault eleven days from the date of its ruling on this Report and Recommendation to file an amended complaint, if jurisdiction over his claims exists in this Court.

In amending, Therault must name as defendants only those persons who are responsible for the alleged violations. Plaintiff must state what rights under the Constitution, laws, or treaties of the United States have been violated, or allege that he lives in a different state from the state in which each defendant resides. It is improper for Therault merely to list constitutional rights or federal laws. Therault must provide facts to support the claimed violations. Therault should clearly describe <u>how</u>

each named defendant is involved in the alleged constitutional violation(s) or violation of federal law(s) in the body of the amended complaint.

If Therault intends to allege a number of related claims, then he must set forth each claim in a separate paragraph in the same complaint.  However, if the claims are not related to the same basic issue or incident, then each claim must be addressed in a separate complaint.

Therault may file a new Application to Proceed without Prepayment of Fees with his amended complaint.  In any new application, Therault must provide all of the information required by the application, including the amount of money he has received from the sources described in paragraph 3 of the application.

The Clerk of Court is directed to mail a copy of this Report and Recommendation to Therault at his address of record.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 31, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy