# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL THERAULT,**

          **Plaintiff,**

-vs-                                        Case No. 6:08-cv-222-Orl-31KRS

**ISABELLE MOISDON, MARIE MOISDON, PASCAL MOISDON, DAVID (DIDIER) MOISDON, MURIEL (ELLE) MOISDON, VINCENT MOISDON, JESSICA MOISDON, CHRISTINE PROST and DAWN QUINONES,**

          **Defendants.**

_____

## ORDER

On April 1, 2008, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 9), recommending that the Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be DENIED. Plaintiff filed timely objections to the Report (Doc. 10 and 12). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED** and the Complaint (Doc. No. 1) and Amended Complaint (Doc. No. 8) are dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 23, 2008.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE