**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL THERAULT,**

        **Plaintiff,**

-vs-                                                          **Case No. 6:08-cv-222-Orl-31KRS**

**ISABELLE MOISDON, MARIE**
**MOISDON, PASCAL MOISDON, DAVID**
**(DIDIER) MOISDON, MURIEL (ELLE)**
**MOISDON, VINCENT MOISDON,**
**JESSICA MOISDON, CHRISTINE PROST**
**and DAWN QUINONES,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

The Court has previously dismissed Plaintiff Daniel Therault's original and amended complaints because the allegations were insufficient to establish that this Court could exercise jurisdiction in this case. Therault has now filed a Second Amended Complaint [11] and a renewed Application to Proceed Without Prepayment of Fees [13].

In the Second Amended Complaint, Therault names nine individuals as defendants. He alleges that all of the defendants "were contacted for support and help and action that would protect and avert any disaster and or death of an infant." Doc. No. 11 at 2. He alleges that all of the defendants refused to help resulting in Therault's son, Ethan, going "through 10 months of torture, needless operations that almost killed him, and life without his father." *Id.* He also alleges that Defendant Isabelle Moisdon, the mother of Therault's children, "with the aid and support of the defendants . . . had the

babies removed from Daniel Therault (the father)." *Id.* Finally, Therault alleges that "the defendant abandoned Daniel Therault." *Id.* at 3.

Once again Therault does not allege that he was injured as a result of the violation of a federal law or infringement of a constitutional right, which is necessary for this Court to exercise federal question jurisdiction. He does not allege that the he is a citizen of a state different from each of the defendants, which is necessary to establish that this Court could exercise diversity jurisdiction. As such, Therault has once again failed to allege sufficient facts to support exercise of jurisdiction by this Court.

Having been given ample opportunity to amend his complaint, and having failed to allege facts showing that subject matter jurisdiction over his claims lies with this Court, I respectfully recommend that the Court **DISMISS** with prejudice the Second Amended Complaint [11] for lack of subject matter jurisdiction, **DENY** the renewed motion to proceed *in forma pauperis* [13] as moot, and direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 28, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy