# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL THERAULT,**

        **Plaintiff,**

**-vs-**                                                       Case No. 6:08-cv-222-Orl-31KRS

**ISABELLE MOISDON, MARIE MOISDON, PASCAL MOISDON, DAVID (DIDIER) MOISDON, MURIEL (ELLE) MOISDON, VINCENT MOISDON, JESSICA MOISDON, CHRISTINE PROST and DAWN QUINONES,**

        **Defendants.**

## ORDER

On April 28, 2008, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 16), recommending that Plaintiff's Renewed Application to Proceed in Forma Pauperis be denied and his Second Amended Complaint (Doc. 13) be dismissed with prejudice. Plaintiff filed timely objections to the Report (Doc. 17). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed.

2. The Renewed Application to Proceed in Forma Pauperis is **DENIED**.

      3.      The Second Amended Complaint is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 28, 2008.

                                                GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party